# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT E. LEWIS & ANDREA M. LEWIS  Case Number: 07-70401
907 BRUCE STREET  SSN-xxx-xx-1133 & xxx-xx-9392
ROCKFORD, IL  61103

Case filed on: 2/27/2007
Plan Confirmed on: 7/27/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,830.56        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 006 | JAMES THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,678.00 | 2,678.00 | 0.00 | 0.00 |
|  | Total Priority | 2,678.00 | 2,678.00 | 0.00 | 0.00 |
| 999 | ROBERT E. LEWIS | 0.00 | 0.00 | 605.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 605.75 | 0.00 |
| 001 | JP MORGAN CHASE BANK | 6,125.94 | 6,125.94 | 2,185.34 | 1,889.09 |
| 002 | SELECT PORTFOLIO SERVICING INC | 65,530.87 | 0.00 | 0.00 | 0.00 |
| 003 | SELECT PORTFOLIO SERVICING INC | 8,022.27 | 1,078.14 | 1,078.14 | 0.00 |
|  | Total Secured | 79,679.08 | 7,204.08 | 3,263.48 | 1,889.09 |
| 001 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MIDLAND CREDIT MANAGEMENT INC | 716.32 | 716.32 | 0.00 | 0.00 |
| 007 | MUTUAL MANAGEMENT SERVICES | 1,289.38 | 1,289.38 | 0.00 | 0.00 |
| 008 | SW CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FCNB MASTERTRUST | 1,162.35 | 1,162.35 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 512.60 | 512.60 | 0.00 | 0.00 |
| 011 | PORTFOLIO RECOVERY ASSOCIATES | 555.92 | 555.92 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 417.37 | 417.37 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 175.43 | 175.43 | 0.00 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 405.19 | 405.19 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 709.41 | 709.41 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 1,575.48 | 1,575.48 | 0.00 | 0.00 |
| 017 | NICOR GAS | 1,849.66 | 1,849.66 | 0.00 | 0.00 |
|  | Total Unsecured | 9,369.11 | 9,369.11 | 0.00 | 0.00 |
|  | Grand Total: | 94,726.19 | 22,251.19 | 6,369.23 | 1,889.09 |

Total Paid Claimant:  $8,258.32
Trustee Allowance:  $572.24        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00      discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan